PROB 22
(Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*
2:22CR00056

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian Bear Heels<br>7350 West Centennial Parkway<br>Las Vegas, Nevada  89131 | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE

Charles Bruno Kornmann

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 12/27/2021 | 12/27/2026 |

OFFENSE

Second Degree Murder and Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE            DISTRICT OF       Nevada

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of South Dakota  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 10, 2022
*Date*

RICHARD F. BOULWARE, II
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE            DISTRICT OF       South Dakota

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                *United States District Judge*